# 569067

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ZERLEAN MARTIN,

    Plaintiff, on behalf of herself and all similarly situated persons,

-vs-

                Case: 2:08-cv-11342
                Judge: Edmunds, Nancy G
                MJ: Whalen, R. Steven
                Filed: 03-28-2008 At 03:37 PM
                CMP MARTIN V WELTMAN, WEINBERG & RE
                IS CO., L.P.A. (EW)

WELTMAN, WEINBERG & REIS CO., L.P.A.,

    Defendant.

## CLASS ACTION COMPLAINT & JURY DEMAND ALLEGING VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT AND SEEKING STATUTORY AND ACTUAL DAMAGES, ATTORNEY FEES AND COSTS

### Introduction

1.     This is a class action suit brought pursuant to Federal Civil Rule 23 for statutory damages, attorney fees and costs under the Fair Debt Collection Practices Act ("FDCPA"). The action challenges the debt-collection practice of mailing to consumers mass-produced dun letters purporting to come from an attorney which are neither signed, reviewed nor evaluated by an attorney prior to mailing.

### Jurisdiction

2.     This court has federal question jurisdiction under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 and 28 U.S.C. §§1331, 1337.

### Parties

3.     The Named Plaintiff to this lawsuit resides in Harper Woods, Michigan in Wayne County.

1

4. Weltman, Weinberg & Reis Co., L.P.A., ("Weltman, Weinberg & Reis Co., L.P.A.") is a corporation doing business in Michigan.

## Venue

5. The transactions and occurrences which give rise to this action occurred in Wayne County.

6. Venue is proper in the Eastern District of Michigan.

## General Allegations

7. Upon information and belief, the Defendant has been hired by LVNV Funding LLC to collect an account purportedly owed by the Named Plaintiff.

8. On or about November 1, 2007, the Defendant mailed a letter to the Plaintiff referring to a debt allegedly owed to LVNV Funding LLC. (See Attached Exhibit A, "the letter.").

9. The letter is unsigned and purportedly came from the "Law Offices of Weltman, Weinberg & Reis Co., L.P.A.

10. On information and belief, Defendant has sent countless identical unsigned letters to consumers throughout the nation.

11. On information and belief, no attorney reviewed nor evaluated the letter.

12. On information and belief, no attorney reviewed or evaluated the claims asserted in or implied in the letter.

## COUNT I – Fair Debt Collection Practices Act (Weltman, Weinberg & Reis Co., L.P.A.)

13. Ms. Martin incorporates the preceding allegations by reference.

14. At all relevant times Weltman, Weinberg & Reis Co., L.P.A. – in the ordinary course of its business – regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

15. Weltman, Weinberg & Reis Co., L.P.A. is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

16. Weltman, Weinberg & Reis Co., L.P.A.'s foregoing acts in attempting to collect this alleged debt against Ms. Martin constitute violations of the FDCPA.

17. Ms. Martin has suffered damages as a result of these violations of the FDCPA.

## CLASS CLAIMS

18. Ms. Martin incorporates the preceding allegations by reference.

19. The conduct mentioned herein was unfair, deceptive and/or unconscionable and violated the FDCPA in the following manner:

    a. it constituted the false representation or implication that a communication came from an attorney or that a debt had been reviewed or evaluated by an attorney when, in fact, it had not, in violation of 15 U.S.C. § 1692e(3);

    b. it constituted conduct which had the natural consequence of harassing, oppressing, or abusing consumers in connection with the collection of a debt in violation of 15 U.S.C. § 1692d;

    c. it constituted the use of a false representation or deceptive means to collect a debt in violation of 15 U.S.C. § 1692e(10);

    d. it constituted an unfair and/or unconscionable means to collect or attempt to collect a debt in violation of 15 U.S.C. § 1692f.

20. As a direct and proximate result of Defendant's conduct, Plaintiff and the class were damaged and are entitled to statutory damages.

## CLASS ALLEGATIONS

21. This action is brought as a class action on behalf of all persons to whom Weltman, Weinberg & Reis Co., L.P.A. sent a letter on its own letterhead attempting to collect a debt which was not signed by an attorney.

22. Plaintiff brings this action on behalf of herself and other members of a class of consumers numbering, on information and belief, in excess of 1,000.

23. The class of persons to be represented are so numerous that joinder of all members is impractical.

24. There are questions of law and fact common to the class that relate to and affect the rights of each member of the class and the relief sought is common to the entire class.

25. The Named Plaintiffs' claims are typical of the claims of all the potential class members; all are based on the same legal and remedial theories.

26. There is no known conflict between the Named Plaintiff and the other members of the class with respect to this action, or with respect to the claims for relief set forth herein.

27. The Named Plaintiffs will fairly and adequately protect the interest of the class.

28. The Named Plaintiffs have retained counsel who are experienced in handling class actions and/or consumer litigation under the Federal Consumer Credit Protection Act.

29. Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is appropriate in that:

    a. The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

b. a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

30. There is no impediment to certification of the classes to be represented.

31. This action is properly maintained as a class action in that the prosecution of separate actions by individual class members creates risk of individual adjudications which would, as a practical matter, be dispositive of the interests of the other members not parties to the adjudication, or would substantially impair or impede their ability to protect their interests.

32. This action is properly maintained as a class action inasmuch as Defendants have acted or refused to act on grounds applicable to the class, and have, by reason of such conduct, made final injunctive relief or corresponding other relief appropriate with respect to the entire class, as sought in this action.

33. The identity of each individual member of the class can be ascertained from Defendants' books and records.

34. Because many members of the class may not be aware of their rights, or are not in a financial position to assert such rights readily, and because relegation of their claims to individual actions result in an unreasonable multiplicity of suits and a corresponding burden on this and other courts, a class action is far superior to all other methods for a fair and efficient adjudication of this controversy.

## JURY DEMAND

35. The Plaintiff requests a trial by jury.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

a. a ruling from this Court that this claim is appropriate for class action treatment, and the certification of a class pursuant to Rule 23(b)(3), Fed. R. Civ. P.;

b. a judgment against Defendants for all statutory damages to which Plaintiff and all members of the class are entitled; and

c. reimbursement of or payment for reasonable costs and attorney fees incurred by counsel for Plaintiff in connection with the successful prosecution of this claim;

Respectfully Submitted,

ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC

By: s/ ADAM G. TAUB
Adam G. Taub (P48703)
Attorney for Named Plaintiffs
18930 West 10 Mile Rd. Suite 2500
Southfield, MI 48075
(248) 746-3790
adamgtaub@clgplc.net

s/ ADAM S. ALEXANDER
THE ALEXANDER LAW FIRM
Attorney for Named Plaintiffs
18930 West 10 Mile Rd. Suite 2500
Southfield, MI 48075
(248) 246-6353
adalesq@gmail.com
(P53584)

Dated: March 28, 2008

6

# EXHIBIT A

LAW OFFICES OF
WELTMAN, WEINBERG & REIS CO., L.P.A.
323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1099
(216) 739-5651     (800) 286-9403
Mon-Thurs 8am-9pm, Fri 8am-5pm, & Sat 8am-12pm EST

November 1, 2007     6071390/H3T/160/6152363/0857

ZERLEAN EVERETT

HARPER WOODS, MI 48225


LVNV FUNDING LLC
Account No. 213731062
Balance Due:  $11,172.10

Dear Sir/Madam:

Please be advised that our client has authorized us to accept 60% of the total balance due as settlement of this claim. It is important that you contact our office to discuss the amount necessary to settle this account.

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose.

Thank you for your attention and cooperation in this matter. Should you have any questions, please feel free to contact us.

                                     Sincerely,

                                     Weltman, Weinberg & Reis Co., L.P.A.

%JS 44 (Rev. 11/04) **CIVIL COVER SHEET** County in which this action arose WAYNE

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**ORIGINAL**

### I. (a) PLAINTIFFS
ZELEAN MARTIN, on behalf of herself and all similarly situated persons

### DEFENDANTS
WELTMAN, WEINBERG & REIS CO., L.P.A.

(b) County of Residence of First Listed Plaintiff WAYNE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Adam G Taub & Associates Consumer Law Group, PLC
18930 W Ten Mile Road - Ste 2500, Southfield, MI 48075-2629
(248) 746-3790

Case: 2:08-cv-11342
Judge: Edmunds, Nancy G
MJ: Whalen, R. Steven
Filed: 03-28-2008 At 03:37 PM
CMP MARTIN V WELTMAN, WEINBERG & REIS CO., L.P.A. (EW)

### II. BASIS OF JURISDICTION (Select One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP...
Citizen of This State
Citizen of Another State  ☐ 2  ☐ 2  Incorporated and Principal Place of Business In Another State  ☐ 5  ☐ 5
Citizen or Subject of a Foreign Country  ☐ 3  ☐ 3  Foreign Nation  ☐ 6  ☐ 6

### IV. NATURE OF SUIT (Select One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☑ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Select One Box Only)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692 and a 28 USC 1331, 1337
Brief description of cause:
The above named defendant has violated the Fair Debt Collections Practices Act

### VII. REQUESTED IN COMPLAINT:
☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: March 28, 2008
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

ORIGINAL

1. Is this a case that has been previously dismissed?  ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :