UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

ZERLEAN MARTIN,

    Plaintiff,

vs.                                       Case No: 2:08-cv-11342
                                                   Hon. Nancy G. Edmunds

WELTMAN, WEINBERG & REIS
CO., L.P.A.,

    Defendant.
_____/

**ADAM G. TAUB & ASSOCIATES CONSUMER LAW**
**GROUP, PLC**
**By:    ADAM G. TAUB (P48703)**
Attorney for Plaintiff
18930 W. Ten Mile Road – Ste 2500
Southfield, MI  48075-2629
(248) 746-3790

**THE ALEXANDER LAW FIRM**
**By:    ADAM S. ALEXANDER**
Attorney for Plaintiff
18930 West 10 Mile Rd. Suite 2500
Southfield, MI  48075
(248) 246-6353

**WELTMAN, WEINBERG & REIS CO., L.P.A.**
**By:    STUART A. BEST (P40744)**
Attorney for Defendant
2155 Butterfield, Suite 200-S
Troy, MI   48084
(248) 362-6100
_____/

## *STIPULATED DISMISSAL WITH PREJUDICE*

        Now come the parties hereto and pursuant to their agreement, stipulate to dismissal of the Complaint filed herein with prejudice pursuant to Rule 41(a)(1)(A)(ii) of

1

the Federal Rules of Civil Procedure. No class has been certified in this case and therefore Rule 23(e) of the Federal Rules of Civil Procedure do not apply.

IT IS SO ORDERED.

_____       DATE: _____

Respectfully Submitted,

| /s/ Adam G. Taub (per telephone authorization) | /s/ Stuart A. Best |
|---|---|
| ADAM G. TAUB  (P48703) | STUART A. BEST (P40744) |
| Adam G. Taub & Associates Consumer Law Group, PLC | Weltman, Weinberg & Reis Co., L.P.A. |
| Attorney for Plaintiff | Attorney for Defendant |
| 18930 West 10 Mile Rd., Suite 2500 | 2155 Butterfield, Suite 200-S |
| Southfield, MI  48075 | Troy, MI  48084 |
| (248) 746-3790 | (248) 362-6100 |
| adamgtaub@clgplc.net | sbest@weltman.com |

Dated:   October 23, 2008

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN


ZERLEAN MARTIN,

    Plaintiff,

vs.                                        Case No: 2:08-cv-11342
                                                Hon. Nancy G. Edmunds

WELTMAN, WEINBERG & REIS
CO., L.P.A.,

    Defendant.
_____/

**ADAM G. TAUB & ASSOCIATES CONSUMER LAW**
**GROUP, PLC**
**By:    ADAM G. TAUB (P48703)**
Attorney for Plaintiff
18930 W. Ten Mile Road – Ste 2500
Southfield, MI  48075-2629
(248) 746-3790

**THE ALEXANDER LAW FIRM**
**By:    ADAM S. ALEXANDER**
Attorney for Plaintiff
18930 West 10 Mile Rd. Suite 2500
Southfield, MI  48075
(248) 246-6353

**WELTMAN, WEINBERG & REIS CO., L.P.A.**
**By:    STUART A. BEST (P40744)**
Attorney for Defendant
2155 Butterfield, Suite 200-S
Troy, MI   48084
(248) 362-6100
_____/

## ***CERTIFICATE OF SERVICE***

      I, MARSHA D. MAKEL, certify that on the 23rd day of October, 2008, a copy of the Stipulated Dismissal and Certificate of Service was served upon Adam G. Taub, Esq., 18930 West 10 Mile Rd., Suite 2500, Southfield, MI 48075, by ECF.

I declare under penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

           <u>   /s/ MARSHA D. MAKEL</u>
           MARSHA D. MAKEL